IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| U.S. FOR THE U/B/O EARTH SAVERS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>PBM CONSTRUCTION, et al. )<br>)<br>)<br>Defendant. ) | Civil Action No.  04-1384 GMS |

## **ORDER**

WHEREAS, on October 22, 2004, the plaintiff filed a Complaint against the above-captioned defendants;

WHEREAS, on October 27, 2004, a return of service executed as to the defendant PBM CONSTRUCTION was filed with the court;

WHEREAS, the defendant's answer to the Complaint was due on November 15, 2004;

WHEREAS, on February 23, 2005, the court entered an Order directing the defendant PBM CONSTRUCTION to answer or otherwise respond to the Complaint within five (5) days of the date of this Order;

WHEREAS, on March 3, 2005, the Order dated February 23, 2005, was returned as undeliverable as to the defendant PBM CONSTRUCTION;

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant PBM CONSTRUCTION;

IT IS HEREBY ORDERED that:

1. The Clerk of Court shall enter a default in appearance pursuant to Federal Rule of Civil Procedure 55(a) against the defendant PBM CONSTRUCTION.

Dated: April 7, 2005                                                /s/ Gregory M. Sleet
                                                                               UNITED STATES DISTRICT JUDGE