IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| U.S. FOR THE U/B/O EARTH SAVERS | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.  04-1384 GMS |
| | ) | |
| PBM CONSTRUCTION CO., et al. | ) | |
| | ) | |
| Defendant | ) | |

## ENTRY OF DEFAULT

It appearing from the file in this office that a return of service was filed showing service on the defendant PBM Construction on October 27, 2004, and that said defendant has failed to file a pleading or otherwise defend, default is entered pursuant to Federal Rule of Civil Procedure 55(a).

PETER T. DALLEO, Clerk of Court

Dated: April 7, 2005                              /s/
                                          By: Marie McDavid, Deputy Clerk