IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF EARTH SAVERS, INC., a Delaware Corporation, and EARTH SAVERS, Individually, | : : : : : | |
| PLAINTIFFS, | : : | C.A. NO. 04-1384 |
| V. | : : | Trial by Jury Demanded |
| PBM CONSTRUCTION GROUP, INC., and CAPITOL INDEMNITY CORPORATION. | : : : : | |
| DEFENDANTS. | : | |

## NOTICE OF SERVICE

I, Abigail E. Rodgers, Esquire, hereby certify that on April 8, 2005, I caused a true and correct copy of the attached Request for the Production of Documents Directed to the Plaintiff by the Defendant Capitol Indemnity Corporation to be served upon the following by First Class Mail, postage prepaid:

> Marla R. Eskin (DE 2989)
> Mark T. Hurford (DE 3299)
> 800 King Street, Suite 300
> Wilmington, DE 19801

> TIGHE, COTTRELL & LOGAN, P.A.
>
> /s/ Abigail E. Rodgers
> Donald L. Logan (DE 2604)
> Abigail E. Rodgers (DE 4500)
> First Federal Plaza, Suite 500
> P.O. Box 1031
> Wilmington, Delaware 19899
> (302) 658-6400
> Attorneys for Defendant
> Capitol Indemnity Corporation