| | |
|---|---|
| 800 N. King Street<br>Suite 300<br>Wilmington, DE 19801<br>Telephone: 302-426-1900<br>Facsimile: 302-426-9947 | **Mark Hurford** • mhurford@camlev.com |

# Campbell & Levine, LLC
Attorneys at Law

May 17, 2005

**VIA HAND DELIVERY**
The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street
Room 4324, Lockbox 19
Wilmington, DE 19801

      Re:    <u>United States f/b/o Earth Savers, Inc. v. PBM Construction Group, Inc. and Capitol Indemnity Corporation; CA No. 04-1384 (GMS)</u>

Dear Judge Sleet:

    Please accept this correspondence as the joint status report on behalf of Earth Savers, Inc. ("Earth Savers") and Capitol Indemnity Corporation ("Capitol"), in anticipation of the Scheduling Conference set for May 24, 2005 at 10:00 a.m. As this Honorable Court is aware, PBM Construction Group, Inc. ("PBM") has not appeared in this matter and has been defaulted. Neither of the undersigned counsel have been contacted by a representative of PBM.

    1.    <u>Jurisdiction and Service</u>

    This Court has subject matter jurisdiction over this dispute pursuant to 40 U.S.C. Section 3131, *et seq.* All parties are subject to the Court's jurisdiction and there are no service issues.

    2.    <u>Substance of Action</u>

    In October 2001, the United States of America, through the Department of Air Force, entered into a general contract ("General Contract") with PBM to perform certain work ("Project") at the Dover Air Force Base in Dover, Delaware ("DAFB"). In April 2003, PBM entered into a subcontract ("Subcontract") with Earth Savers to perform certain landscaping work at DAFB in exchange for payment in the amount of $32,116. Pursuant to the General Contract, and 40 U.S.C. Section 3131, *et seq.*, PBM was required to obtain a labor and material payment bond guaranteeing that PBM's subcontractors and suppliers would be paid for work they provided during the course of the Project, in the event that PBM failed or refused to make payment. Pursuant thereto, PBM, as principal, and Capitol,

The Honorable Gregory M. Sleet
May 17, 2005
Page Two

as surety, executed and furnished a payment bond ("Bond") for the protection of all persons supplying labor, materials and equipment for the Project, including Earth Savers. The Bond at issue is valid and in full force and effect at all times relevant to this action. The Complaint was filed on October 22, 2004.

Earth Savers contends that the last date upon which it furnished labor, materials, or equipment for the Project was October 24, 2003.[1] Earth Savers contends that it completed all work in a good and workmanlike manner in accordance with the Subcontract, complied with all requirements for asserting a right to payment under the Bond and is entitled to the $32,116 due and owing under the Subcontract.

Capitol contends that this action is barred by the applicable one-year statute of limitations. In support of this position, Capitol contends that contract performance ended on May 6, 2003, and, to the extent that Earth Savers had any personnel at the site after May 6, 2003, it was for the purpose of extending the statute of limitations and not because there was work to be performed at the request or authorization of the general contractor.

Identification of Issues

The factual and legal issues genuinely in dispute relate to the when the statute of limitations was triggered (when was the last date upon which Earth Savers furnished labor, materials, and equipment for the Project). Capitol has also raised a waiver/estoppel issue based upon a complaint filed by Earth Savers in the Commonwealth of Pennsylvania.

4.  Narrowing of Issues

    Earth Savers and Capitol believe that the issues described above can be narrowed by motion practice following discovery.

5.  Relief

    Earth Savers seeks a judgment in the amount of $32,116, plus interest, penalty interest, attorney's fees and the costs of this action.

6.  Amendment of Pleadings

    Earth Savers will amend paragraph 9 of the complaint to revise the October 24, 2004 date to October 24, 2003. Capitol will stipulate to this amendment.

---

[1] See numbered paragraph 6 pertaining to "Amendment of Pleadings'

The Honorable Gregory M. Sleet
May 17, 2005
Page Three

7. Joinder of Parties

No additional parties need to be joined.

Discovery

Capitol has served a set of requests for production on Earth Savers. Earth Savers and Capitol intend to complete additional written discovery and intend to schedule depositions, including, but not limited to, a couple of individuals at DAFB.

9. Estimated Trial Length

Two days.

10. Jury Trial

Earth Savers and Capitol have both requested a jury trial.

Settlement

Earth Savers and Capitol have discussed settlement and exchanged settlement offers. Referral to the Magistrate for mediation would be appropriate.

12. Other matters

None.

Counsel for Earth Savers and Capitol have conferred about each of the above matters.

Respectfully submitted,

Mark T. Hurford, Esq.
Campbell & Levine, LLC

Respectfully submitted,

Donald L. Logan, Esq.
Abigail E. Rodgers, Esq.
Tighe, Cottrell & Logan, PA