800 N. King Street
Suite 300
Wilmington, DE  19801
Telephone: 302-426-1900
Facsimile: 302-426-9947

**Mark Hurford** • mhurford@camlev.com

# Campbell & Levine, LLC

Attorneys at Law

May 24, 2005

**VIA HAND DELIVERY**
The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street
Room 4324, Lockbox 19
Wilmington, DE 19801

Re: United States f/b/o Earth Savers, Inc. v. PBM Construction Group, Inc. and Capitol Indemnity Corporation; CA No. 04-1384 (GMS)

Dear Judge Sleet:

This letter is to confirm that the Scheduling Conference originally scheduled to occur on May 24, 2005 at 10:00 a.m. has been re-scheduled to Tuesday, May 31, 2005 at 2:00 p.m.

If Your Honor has any questions or concerns, we remain available.

Respectfully submitted,

Mark T. Hurford

cc: Abigail E. Rodgers, Esq. (Tighe, Cottrell & Logan, PA)