| | |
|---|---|
| 800 N. King Street<br>Suite 300<br>Wilmington, DE 19801<br>Telephone: 302-426-1900<br>Facsimile: 302-426-9947 | **Mark Hurford** • mhurford@camlev.com |

# Campbell & Levine, LLC

Attorneys at Law

June 7, 2005

**VIA HAND DELIVERY**
The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street
Room 4324, Lockbox 19
Wilmington, DE 19801

    Re:    <u>United States f/b/o Earth Savers, Inc. v. PBM Construction Group, Inc. and Capitol Indemnity Corporation; CA No. 04-1384 (GMS)</u>

Dear Judge Sleet:

    Per Your Honor's direction, attached hereto is a copy of the proposed Scheduling Order for this matter.

    If Your Honor has any questions or concerns, we remain available.

                      Respectfully submitted,

                      /S/ Mark Hurford

                      Mark T. Hurford

cc:    Abigail E. Rodgers, Esq. (Tighe, Cottrell & Logan, PA)