800 N. King Street　　　　　　　　　　　　　　　　**Mark Hurford** • mhurford@camlev.com
Suite 300
Wilmington, DE  19801
Telephone:  302-426-1900
Facsimile:  302-426-9947

# Campbell & Levine, LLC

Attorneys at Law

October 31, 2005

**VIA ELECTRONIC FILING**

Marie McDonald, Case Manager
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street
Room 4324, Lockbox 19
Wilmington, DE 19801

    Re:    <u>United States f/b/o Earth Savers, Inc. v. PBM Construction Group, Inc. and Capitol Indemnity Corporation; CA No. 04-1384 (GMS)</u>

Dear Ms. McDonald:

    Please accept this correspondence as the joint status report on behalf of Earth Savers, Inc. ("Earth Savers") and Capitol Indemnity Corporation ("Capitol"), in response to your letter of October 13, 2005.

    Please be advised that a Stipulation of Dismissal has been executed between Earth Savers and Capitol, a copy of which has been filed this afternoon.  The only remaining issue is for Earth Savers to file the appropriate papers to obtain a judgment against PBM Construction Group, Inc., who has already been defaulted for failure to appear.  As the Complaint sought a sum certain, this can be completed this week.

    If you have any additional questions or comments, we remain available.

    Respectfully submitted,        Respectfully submitted,

    <u>/s/Mark T. Hurford</u>        <u>/s/Victoria Petrone</u>
    Mark T. Hurford, Esq.        Victoria Petrone, Esq.
    Campbell & Levine, LLC        Tighe, Cottrell & Logan, PA