IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF EARTH SAVERS, INC., a Delaware Corporation, and EARTH SAVERS, Individually,<br><br>PLAINTIFFS,<br><br>V.<br><br>PBM CONSTRUCTION GROUP, INC., and CAPITOL INDEMNITY CORPORATION.<br><br>DEFENDANTS. | C.A. NO. 04-1384<br><br>Trial by Jury Demanded |

## STIPULATION OF DISMISSAL BY AND BETWEEN EARTH SAVERS, INC. AND CAPITOL INDEMNITY CORPORATION

**COMES NOW**, Plaintiffs United States for the Use and Benefit of Earth Savers, Inc. and Earth Savers, Inc., individually, and Defendant Capitol Indemnity Corporation, by and through the undersigned attorneys, and hereby stipulate to a dismissal, with prejudice, of all Plaintiff's claims against Defendant Capitol Indemnity Corporation in the above-captioned action. This Stipulation does not affect Plaintiff's remaining claims against the Defendant PBM Construction Group, Inc.

CAMPBELL & LEVINE, LLC

_/s/ Mark T. Hurford_
Mark T. Hurford, Esquire
ID No. 3299
800 North King Street, Suite 300
Wilmington, DE 19801
302-426-1900 (phone)
302-426-9947 (fax)
Attorney for Plaintiffs

TIGHE, COTTRELL & LOGAN, P.A.

_/s/ Victoria K. Petrone_
Victoria K. Petrone, Esq.
ID No. 4210
First Federal Plaza, Suite 500
P. O. Box 1031
Wilmington DE 19899
302-658-6400 (phone)
320-658-9836 (fax)
Attorney for Defendant Capitol Indemnity Corporation

Dated: 10/31/05

{D0050000:1 }