## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

February 1, 2006

TO:   Mark Hurford, Esq.

RE:   United States for Earth Savers v. PBM Construction
      Civil Action No. 04-1384 GMS

Dear Mr. Hurford:

   Please submit a status report regarding the above-referenced case, via electronic case filing, by February 15, 2006.

   Thank you.

                                    Very truly yours,

                                    /s/

                                    Marie McDavid
                                    Case Manager