800 N. King Street
Suite 300
Wilmington, DE 19801
Telephone: 302-426-1900
Facsimile: 302-426-9947

**Mark Hurford** • mhurford@camlev.com

# Campbell & Levine, LLC
Attorneys at Law

February 17, 2006

**VIA ELECTRONIC FILING**
Marie McDonald, Case Manager
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street
Room 4324, Lockbox 19
Wilmington, DE 19801

    Re:    <u>United States f/b/o Earth Savers, Inc. v. PBM Construction Group, Inc. and Capitol Indemnity Corporation; CA No. 04-1384 (GMS)</u>

Dear Ms. McDonald:

    Please accept this correspondence as the status report of Earth Savers, Inc., in response to your letter of February 1, 2006.

    Please be advised that this afternoon Earth Savers, Inc. filed a Request for Default Judgment Against PBM Construction Inc. ("PBM"). As you may be aware, PBM was previously defaulted by the Clerk of Court (see docket number 14). Once a default judgment is entered against PBM, I submit that there will be nothing further to be completed on this matter except for collection of the judgment by Earth Savers, Inc.

    If you have any additional questions or comments, I remain available.

                                  Respectfully submitted,

                                  */s/Mark T. Hurford*
                                  Mark T. Hurford, Esq.