**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF EARTH SAVERS, INC., a Delaware Corporation, and EARTH SAVERS, Individually,<br><br>    Plaintiffs,<br><br>v.<br><br>PBM CONSTRUCTION GROUP, INC., and CAPITOL INDEMNITY CORPORATION<br><br>    Defendants. | C.A. No. 04 –1384 (GMS) |

**AMENDED[1] REQUEST FOR DEFAULT JUDGMENT**
**AGAINST PBM CONSTRUCTION GROUP, INC.**

Earth Savers, Inc., by and through the undersigned counsel, by and through its undersigned counsel, respectfully requests the entry of a default judgment against PBM Construction Group, Inc. (the "PBM") pursuant to Fed. R. Civ. P. 55, and, in support thereof, states as follows:

  1. On October 22, 2004 Earth Savers filed a complaint ("Complaint") with this Court against the PBM seeking damages in the amount of $32,116.00, plus interest and the costs of the action. The Complaint alleged, in part, breach of contract, promissory estoppel and quantum meruit against PBM for its failure to pay Earth Savers for certain landscaping work in exchange for the payment of $32,116.00.

  2. On October 22, 2004, a Summons was issued for PBM.

---

[1] On February 17, 2006, Plaintiff filed a Request for Default Judgment Against PBM Construction Group. In this amended request, any new language has been underlined.

{D0059878:1 }

3.	On October 27, 2004, a return of service executed as to the PBM was filed with this Court. As a result, PBM's answer to the Complaint was due on November 15, 2004.

4.	On February 23, 2005, this Court entered an Order directing PBM to answer or otherwise respond to the Complaint within five days of the date of that Order.

5.	PBM failed to answer or otherwise respond to the Complaint.

6.	On April 7, 2005, per the Order of the same date of United States District Judge Gregory M. Sleet, the Clerk of Court entered an Entry of Default against PBM.

7.	On October 31, 2005, a Stipulation of Dismissal was entered dismissing Capitol Indemnity Corporation from the action.

8.	In light of the foregoing, and pursuant to Fed. R. Civ. P. 55, a default judgment may be entered against PBM for the amount demanded in the Complaint.

9.	<u>Statement that defendant is not in the military service, as required by 50 U.S.C. app. Section 520: Defendant is not a natural person and is, therefore, not in the military service.</u>

10.	<u>Plaintiff waives the right to file a brief in support of this motion pursuant to D. Del. LR. 7.1.2(a)(3).</u>

WHEREFORE, Earth Savers, Inc. requests that the Court direct the Clerk of Court to grant default judgment against the PBM pursuant to Fed. R. Civ. P. 55 in the amount of $32,116.00 and costs in the amount of $150.00.

Dated: May 5, 2006

                                                CAMPBELL & LEVINE, LLC

                                                */s/Mark Hurford*
                                                Mark T. Hurford (No. 3299)
                                                800 N. King Street, Suite 300
                                                Wilmington, DE 19801
                                                (302) 426-1900

                                                Counsel for Earth Savers, Inc.