# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF EARTH SAVERS, INC., a Delaware Corporation, and EARTH SAVERS, Individually,<br><br>    Plaintiffs,<br><br>v.<br><br>PBM CONSTRUCTION GROUP, INC., and CAPITOL INDEMNITY CORPORATION<br><br>    Defendants. | C.A. No. 04 –1384 (GMS) |

## AFFIDAVIT OF MARK T. HURFORD

STATE OF DELAWARE    )
                     )    TO WIT:
COUNTY OF NEW CASTLE )

Mark T. Hurford, being over the age of eighteen years and having knowledge of the matters set forth herein, states:

1. I am an attorney for the plaintiff, Earth Savers, Inc. ("Plaintiff"), in the above-captioned civil action. My office is located at Campbell & Levine, LLC, 800 North King Street, Suite 300, Wilmington, Delaware, 19801. I have personal knowledge of, and full capacity to testify about, the facts stated in this Affidavit. The facts stated herein are true and correct to the best of my knowledge.

2. According to the Complaint filed in this case, the amount due to Plaintiff by defendant PBM Construction Group, Inc. ("Defendant") is the sum certain amount of $32,116.00.

3. To the best of my knowledge, Defendant is not a natural person and is therefore not an infant, an incompetent person, or in the miliary service.

{D0059875:1 }

I HEREBY CERTIFY UNDER PENALTIES OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

May 5, 2006                            /S/ Mark T. Hurford
Date                                   Mark T. Hurford

SUBSCRIBED AND SWORN TO BEFORE ME on this 5th day of May, 2006.


                                       /S/ Marla Rosoff Eskin
                                       Notary Public (#2989 Attorney-at-Law)

{D0059875:1 }