**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF EARTH SAVERS, INC., a Delaware Corporation, and EARTH SAVERS, Individually,<br><br>　　Plaintiffs,<br><br>v.<br><br>PBM CONSTRUCTION GROUP, INC., and CAPITOL INDEMNITY CORPORATION<br><br>　　Defendants. | C.A. No. 04 –1384 (GMS) |

## JUDGMENT BY DEFAULT

On April 7, 2005, per the Order of the same date of United States District Judge Gregory M. Sleet, the Clerk of Court entered an Entry of Default against PBM CONSTRUCTION GROUP, INC.

The plaintiff, EARTH SAVERS, INC., has requested entry of judgment by default and has filed an affidavit of the amount due and stating that this defendant is not in the military service.  Furthermore, it appears from the record that this defendant is not an infant or incompetent person.  Therefore, pursuant to Fed. R. Civ. P. 55, judgment is entered against defendant, PBM CONSTRUCTION GROUP, INC. in favor of plaintiff, EARTH SAVERS, INC. as follows: $32,116.00, plus costs in the amount of  $150.00 for a total of $32,266.00.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____

{D0059877:1 }